OFFICE OF DISCIPLINARY COUNSEL *v.* PAXTON.

[Cite as *Disciplinary Counsel v. Paxton* (1993), 66 Ohio St.3d 163.]

(No. 92–2527—Submitted February 2, 1993—Decided April 28, 1993.)

*J. Warren Bettis,* Disciplinary Counsel, and *Dianna L. Chesley,* Assistant Disciplinary Counsel, for relator.

*Squire, Sanders & Dempsey, David J. Young* and *John R. Gall;* and *Mark H. Aultman,* for respondent.

*Per Curiam.* After reading the testimonial letters submitted by respondent, we agree with the findings and recommendation of the board. We hereby publicly reprimand respondent and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.